YAAKOV M. ROTH
Acting Assistant Attorney General
Jamie Ann Yavelberg
Michal Tingle
Wesley J. Heath
Civil Division
United States Department of Justice
175 N Street NE, Room 9.1305
Washington, DC 20002

ALINA HABBA
United States Attorney
PAUL W. KAUFMAN
Assistant United States Attorney
401 Market Street, 4th Floor
Camden, NJ 08101
e-mail: paul.kaufman2@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOHN BURKE,<br><br>*Plaintiffs*,<br><br>v.<br><br>MJH HEALTHCARE HOLDINGS, LLC, MJH LIFE SCIENCES, LLC, INTELLISPHERE, LLC, CLINICAL CARE TARGETED COMMUNICATIONS GROUP, LLC, MANAGED CARE & HEALTHCARE COMMUNICATIONS, LLC, PHARMACY & HEALTHCARE COMMUNICATIONS, LLC, CURE MEDIA GROUP, LLC, CURE COMMUNICATIONS, LLC, MJH ASSOCIATES, INC, A/K/A MICHAEL J. HENNESSEY AND ASSOCIATES, INC., MULTIMEDIA HEALTHCARE COMMUNICATIONS, LLC, MJH ACQUISITIONS, LLC, MJH SHARED SERVICES, LLC, MJH STUDIO, LLC, AND BDT CAPITAL PARTNERS, LLC,<br><br>*Defendants*. | Hon. Zahid Quraishi<br><br>*Civil Action No.* 3:22-cv-07367<br><br>**THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART FOR PURPOSES OF EFFECTUATING SETTLEMENT AND TO DECLINE TO INTERVENE IN PART** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in part of this action and to decline to intervene in part of this action, as follows.

The United States declines to intervene in those parts of the action which allege claims against Defendant BDT Capital Partners, LLC and claims under the False Claims Act against any and all defendants in connection with the Paycheck Protection Program.

The United States intervenes against Defendants MJH Healthcare Holdings, LLC, its subsidiary MJH Life Sciences, LLC, and the following affiliates of MJH Life Sciences, LLC – Intellisphere, LLC; Clinical Targeted Communications Group, LLC; Managed Care & Healthcare Communications, LLC; Pharmacy & Healthcare Communications, LLC; Cure Media Group, LLC; Cure Communications, LLC; MJH Associates, Inc. a/k/a Michael J. Hennessey and Associates, Inc.; Multimedia Healthcare Communications, LLC; MJH Acquisitions, LLC; MJH Shared Services, LLC; and MJH Studio, LLC (these defendants are, collectively, the "MJH Parties"), with respect to certain False Claims Act allegations concerning postal rates for select mailings.

The United States, Relator John Burke, and the MJH Parties have reached a settlement agreement ("Settlement Agreement") to resolve certain claims of the United States for Covered Conduct, as that term is defined in the Settlement Agreement. For the purpose of effectuating and formalizing that resolution, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States respectfully advises the Court of its decision to intervene in this action against the MJH Parties with respect to the Covered Conduct, as the term is defined in the Settlement Agreement.

Under the terms of the Settlement Agreement, following the MJH Parties' payment of the settlement amount, the United States and the Relator will file a Stipulation of Dismissal with respect to all claims brought on behalf of the United States against the MJH Parties and to Relator's dismissal of BDT Capital Partners, LLC, to which the United States consents.

In light of the Settlement Agreement reached among the parties, the United States does not presently intend to file a complaint in intervention but reserves the right to file such a complaint in the event that the MJH Parties do not pay the full settlement amount consistent with the terms of the Settlement Agreement.

Finally, the United States hereby requests that the Court unseal the Relator's Complaint, this Notice of Election to Intervene in Part for Purposes of Effectuating Settlement and to Decline to Intervene in Part, and all subsequent filings following this Notice of Election. The United States further requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and the time for making an election to intervene should be extended.

A proposed order accompanies this Notice.

Dated: Camden, New Jersey
April 15, 2025

Respectfully submitted,

ALINA HABBA
United States Attorney

By: ______________________________
PAUL W. KAUFMAN
Assistant United States Attorney
401 Market Street, 4th Floor
Camden, NJ 08101

Jamie Ann Yavelberg
Michal Tingle
Wesley J. Heath
Civil Division
United States Department of Justice
175 N Street NE, Room 9.1305
Washington, DC 20002
Telephone: (202) 307-0902
wesley.heath@usdoj.gov

*Attorneys for United States of America*