YAAKOV M. ROTH
Acting Assistant Attorney General
Jamie Ann Yavelberg
Michal Tingle
Wesley J. Heath
Civil Division
United States Department of Justice
175 N Street NE, Room 9.1305
Washington, DC 20002

ALINA HABBA
United States Attorney
PAUL W. KAUFMAN
Assistant United States Attorney
401 Market Street, 4th Floor
Camden, NJ 08101
e-mail: paul.kaufman2@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOHN BURKE,<br><br>*Plaintiffs*,<br><br>v.<br><br>MJH HEALTHCARE HOLDINGS, LLC, MJH LIFE SCIENCES, LLC, INTELLISPHERE, LLC, CLINICAL CARE TARGETED COMMUNICATIONS GROUP, LLC, MANAGED CARE & HEALTHCARE COMMUNICATIONS, LLC, PHARMACY & HEALTHCARE COMMUNICATIONS, LLC, CURE MEDIA GROUP, LLC, CURE COMMUNICATIONS, LLC, MJH ASSOCIATES, INC, A/K/A MICHAEL J. HENNESSEY AND ASSOCIATES, INC., MULTIMEDIA HEALTHCARE COMMUNICATIONS, LLC, MJH ACQUISITIONS, LLC, MJH SHARED SERVICES, LLC, MJH STUDIO, LLC, AND BDT CAPITAL PARTNERS, LLC,<br><br>*Defendants*. | Hon. Zahid Quraishi<br><br>*Civil Action No.* 3:22-cv-07367<br><br>**[PROPOSED] ORDER** |

Plaintiff United States of America (United States) has submitted to the Court its Notice of Election to Intervene in Part for Purposes of Effectuating Settlement and to Decline to Intervene in Part and its request for partial lifting of the seal in this matter.

IT IS THEREFORE ORDERED that the Relator's complaint, any amended complaints, the United States' Notice of Election to Intervene in Part for Purposes of Effectuating Settlement and to Decline to Intervene in Part, and this Order shall be unsealed on the docket.

IT IS FURTHER ORDERED that all other papers or orders on file in this matter occurring prior to the date of this Order shall remain under seal.

IT IS FURTHER ORDERED the seal shall be lifted on all matters occurring in this action after the date of this Order.

SO ORDERED.

________________________________
Honorable Zahid Quraishi
United States District Judge